| PROB 22 (MD/PA 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:21CR00238-015 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 24-43 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Pennsylvania | Harrisburg |
| Jose A Matos Rivera | NAME OF SENTENCING JUDGE | |
| | Jennifer P. Wilson<br>United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: February 2, 2023 — TO: February 1, 2026 |

**OFFENSE**

Distribution and Possession With Intent to Distribute Cocaine -- 21 U.S.C. § 841(a)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Prosocial Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE</u> DISTRICT OF <u>PENNSYLVANIA</u>

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

2/1/2024                                         *[signed]*
Date                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Eastern     DISTRICT OF     Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                         _____
Effective Date                          United States District Judge